| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF IOWA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Oelwein Community Healthcare Foundation** | |
| --- | --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Healthfirst Medical Park**<br>**DBA  Healthfirst Medical** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-3988044** | |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- | --- | --- |
| | | **2405 Rock Island Road**<br>**Oelwein, IA 50662**<br>Number, Street, City, State & ZIP Code | **P.O. Box 83**<br>**Oelwein, IA 50662**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fayette**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |
| --- | --- | --- |

Debtor    **Oelwein Community Healthcare Foundation** _____    Case number (*if known*) _____
          Name

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____6211____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Oelwein Community Healthcare Foundation**                    Case number (*if known*) _____
        Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
        Contact name      _____
        Phone             _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor  **Oelwein Community Healthcare Foundation** _____     Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2019** _____
                MM / DD / YYYY

**X /s/ W. Wayne Saur** _____          **W. Wayne Saur** _____
Signature of authorized representative of debtor                          Printed name

Title    **President** _____

**18. Signature of attorney**

**X /s/ Ronald C. Martin** _____          Date    **December 10, 2019** _____
Signature of attorney for debtor                                              MM / DD / YYYY

**Ronald C. Martin AT0005050** _____
Printed name

**Day Rettig Martin, P.C.** _____
Firm name

**PO Box 2877**
**Cedar Rapids, IA 52406-2877** _____
Number, Street, City, State & ZIP Code

Contact phone    **(319) 365-0437** _____    Email address    **ronm@drpjlaw.com** _____

**AT0005050 IA** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Oelwein Community Healthcare Foundation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2019**        *X* **/s/ W. Wayne Saur**
                                                Signature of individual signing on behalf of debtor

                                            **W. Wayne Saur**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Oelwein Community Healthcare Foundation** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF IOWA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allison M. Bahlman 35 7th Ave SE Oelwein, IA 50662** | | **Accrued Paid Time Off** | | | | $8,053.50 |
| **Baker Enterprises, Inc. 2203 E Bremer Ave. PO Box 277 Waverly, IA 50677** | | **Mechanic's Lien - MNLR #018526-0** | **Disputed** | $43,245.34 | $3,970,000.00 | $43,245.34 |
| **Boomerang Corp. 12536 Buffalo Rd Anamosa, IA 52205** | | **Mechanic's Lien - MNLR #018378-0** | **Disputed** | $49,946.40 | $3,970,000.00 | $49,946.40 |
| **Bradley & Riley PC 2007 1st Ave SE PO Box 2804 Cedar Rapids, IA 52406-2804** | | **Legal services** | | | | $21,313.00 |
| **CenturyLink PO Box 2956 Phoenix, AZ 85062-2956** | | **Communiction services** | **Disputed** | | | $28,052.88 |
| **Donald J. Woods Trust c/o Julia J. Woods, Trustee 17 Hillside Drive West Oelwein, IA 50662** | | **2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule A/B for legal description of property.** | **Contingent Unliquidated** | $1,600,000.00 | $3,970,000.00 | $1,600,000.00 |
| **Eide Bailly LLP 1545 Associates Dr., Suite 101 Dubuque, IA 52002-2299** | | | | | | $7,673.40 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Oelwein Community Healthcare Foundation**                                      Case number *(if known)*
_____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FreedomBank f/k/a Farmers & Merchants Savings Bank 201 West Main St. PO Box 9 Waukon, IA 52172** | | **Promissory Note secured by property located at 8586 N Ave., Maynard, IA 50655 owned by the Donald J. Woods Trust and a Guaranty by the Donald J. Woods** | | | | $721,225.40 |
| **Henry Schein, Inc. 135 Duryea Road Melville, NY 11747** | | | | | | $64,154.73 |
| **Iowa Solutions 1045 Sherman Rd. Hiawatha, IA 52233** | | | | | | $22,018.82 |
| **Jessica Loban 220 East Street Maynard, IA 50655** | | **Accrued Paid Time Off** | | | | $8,639.06 |
| **Ken's Electric, Inc. 841 1st Ave. S.E. Oelwein, IA 50662** | | **Mechanic's Lien - MNLR #018305-0** | **Disputed** | $47,916.99 | $3,970,000.00 | $47,916.99 |
| **Kyla Frost 24953 170th St Sumner, IA 50674** | | **Accrued Paid Time Off** | | | | $10,588.16 |
| **Mediacom PO BOX 5744 Carol Stream, IL 60197-5744** | | **Communication services.** | **Disputed** | | | $10,095.11 |
| **Russell Construction Co., Inc. 4600 E 53rd St. Davenport, IA 52807** | | **Mechanic's Lien - MNLR #018196-0** | **Contingent Unliquidated Disputed** | $288,042.18 | $3,970,000.00 | $288,042.18 |
| **Shared Medical Services, Inc. 209 Limestone Pass Cottage Grove, WI 53527-8968** | | | | | | $14,615.00 |
| **StewartScape, Inc. 3287 R Ave. Oelwein, IA 50662** | | **Mechanic's Lien - MNLR #018508-0** | **Disputed** | $9,561.00 | $3,970,000.00 | $9,561.00 |
| **The Coding Network, LLC PO Box 101794 Pasadena, CA 91189-1794** | | | | | | $7,920.35 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Oelwein Community Healthcare Foundation**                    Case number *(if known)*
_____              _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Veridian Credit Union Commercial Lending 1827 Ansborough Avenue PO Box 6000 Waterloo, IA 50704-6000** | | **2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property.** | | **$4,394,750.00** | **$3,970,000.00** | **$424,750.00** |
| **WAPITI MEDICAL GROUP, LC 6112 Chancellor Dr. Cedar Falls, IA 50613** | | | | | | **$10,589.43** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**Fill in this information to identify the case:**

Debtor name  **Oelwein Community Healthcare Foundation**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................  $ _____ 3,970,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................  $ _____ 54,812.88

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................  $ _____ 4,024,812.88

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ _____ 6,733,767.36

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $ _____ 63,092.62

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ _____ 953,580.00

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                                                   $ _____ 7,750,439.98

**Fill in this information to identify the case:**

Debtor name    **Oelwein Community Healthcare Foundation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $16.69 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Freedom Bank** **Balance as of 12/05/2019** | **Checking** | **6506** | $5,432.96 |
| 3.2. | **Veridian Credit Union** **Balance as of 12/05/2019** | **Savings** | **6040** | $5.00 |
| 3.3. | **Veridian Credit Union** **Balance as of 12/05/2019** | **Commerical Package Draft** | **6040** | $32.22 |
| 3.4. | **U.S. Bank** | **Analyzed Checking** | **1642** | $175.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $5,661.87

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

Debtor    **Oelwein Community Healthcare Foundation**                    Case number *(If known)* _____
_____
Name

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **340.00**      -              **0.00**      = ....              **$340.00**
_____                    _____                    _____
face amount                                 doubtful or uncollectible accounts

11b. Over 90 days old:          **44,600.80**      -              **0.00**      =....              **$44,600.80**
_____                    _____                    _____
face amount                                 doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          ┌────────────────────┐
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    │        **$44,940.80** │
│  _____  │
└────────────────────┘

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 2 surge protectors, Dell laptop, and hotspot | **$0.00** | | **Unknown** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Oelwein Community Healthcare Foundation** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**purchaed in 09/2018 from Iowa Solutions located at 416 N Frederick Ave., Oelwein, IA 50662.**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property.** | **Owner** | **$0.00** | **Appraisal** | **$3,970,000.00** |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$3,970,000.00**

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor **Oelwein Community Healthcare Foundation**　　　　　Case number *(If known)* _____
_____
Name

☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.healthfirstmedical.org (taken down/offline on 06/14/2019)** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **The Debtor has a Patient List which is subject to HIPAA.** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

Official Form 206A/B　　　　　Schedule A/B Assets - Real and Personal Property　　　　　page 4

| Debtor | **Oelwein Community Healthcare Foundation** | Case number *(If known)* | |
|---|---|---|---|
| | <u>Name</u> | | |

**73.** **Interests in insurance policies or annuities**
**Philadelphia Indemnity Insurance Co., PO Box 950, Bala Cymwyd, PA 19004 - Insurance Policy ending 9657.**

Unknown

**General liability policy with Travelers, PO Box 650293, Dallas, TX 75265-0293.**

Unknown

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential cause of action against Michael D. Sundall, FACMPE and CEO of Physicians Clinic of Iowa (PCI), for breach of contract, misrepresentarion regarding the business plan and proforma he prepared for Oelwein Community Healthcare Foundation which were relied upon as part of the process of obtaining financing to get the facility built, and any other acts that may be discovered upon furhter investigation.**

Unknown

Nature of claim

| Amount requested | $0.00 |
|---|---|

**Potential cause of action against Signs N Frames of Elkader, Iowa. regarding damage caused to roof when "Urgent Care" sign was installed on the front of the facility.**

$2,591.63

Nature of claim

| Amount requested | $2,591.63 |
|---|---|

**Potential cause of action against Young Plumbing & Heating, 750 S Hackett Rd., P.O. Box 1077, Waterloo, IA 50701-3129, regarding failure repair a broken boiler circulating pump pursuant to the one (1) year warranty.**

Unknown

Nature of claim

| Amount requested | $0.00 |
|---|---|

**Potential cause of action against Russell Construction regarding construction of the CT Scanning Room, it was not constructed per the specifications/plans, and there was insfficient ventilation and cooling to property use the CT Body Scanner.**

Unknown

Nature of claim

| Amount requested | $0.00 |
|---|---|

**Potential cause of action against Veridian Credit Union for lender liability and contribution.**

Unknown

Nature of claim

| Amount requested | $0.00 |
|---|---|

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Oelwein Community Healthcare Foundation**       Case number *(If known)* _____
         <sub>Name</sub>

| | |
|---|---:|
| **Water Purification System purchased from ELGA LabWater, LLC and Veolia Water Tchhnologies on 09/21/2018 located at 2405 Rock Island Road, Oelwein, IA 50662.** | **Unknown** |
| **4 drawer vertical file cabinet, 2 drawer vertical file cabinet, 2 drawer horizontal file cabinet, 3-4 year old Lenova laptop, electric hole puncher, slide projector & case, key box, a couple of Norman Rockwell prints & framed photographs located at 24 N Frederick Ave., Oelwein, IA 50662.** | **$0.00** |
| **Miscellaneous laminated indoor signage (ADA compliant) purchased from Signs & Frames located at 2405 Rock Island Road, Oelwein, IA 50662.** | **$0.00** |
| **Donated holiday decorations stored in basement at 120 E Charles St., Oelwein, IA 50662.** | **$0.00** |
| **Day Rettig Martin, P.C. Attorney Retainer held in Trust** | **$1,618.58** |

78.    **Total of Part 11.**                                                               **$4,210.21**
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **Oelwein Community Healthcare Foundation**    Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,661.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $44,940.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $3,970,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,210.21 | |
| 91. **Total.** Add lines 80 through 90 for each column | $54,812.88  + 91b. | $3,970,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,024,812.88 |

## SCHEDULE "A"

Legal description for 2405 Rock Island Road, Oelwein, Iowa 50662:

PARCEL "S" IN THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER AND THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 33, TOWNSHIP 91 NORTH, RANGE 9 WEST OF THE FIFTH P.M., AS DESCRIBED IN SURVEY BY MATT McELREE RECORDED AS FILE NO. 2014-1032, OELWEIN, FAYETTE COUNTY, IOWA, and more particularly described as follows:

Commencing at the Southwest Comer of said Northeast Quarter of the Southeast Quarter;

Thence North 01°52'51" West (Assumed Bearing), 368.87 feet along the West Line of said Quarter-Quarter Section to the Point of Beginning;

Thence South 82°34'29" West, 91.94 feet to the Easterly Right-of-Way Line of Rock Island Road (Iowa Highway 150);

Thence North 07°25'31" West, 347.52 feet;

Thence Northerly 298.73 feet along an 11,397.09 foot radius curve concave Easterly, (said curve having a Long Chord of North 06°40'28" West, 298.72 feet, all along said Right-of-Way Line;

Thence North 82°34'29" East, 670.76 feet;

Thence South 07°25'31" East, 646.22 feet;

Thence South 82°34'29" West, 582.74 feet to the Point of Beginning;

Containing 10.00 Acres, subject to easements of record.

**Fill in this information to identify the case:**

Debtor name   **Oelwein Community Healthcare Foundation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Baker Enterprises, Inc.**<br>Creditor's Name<br><br>**2203 E Bremer Ave.**<br>**PO Box 277**<br>**Waverly, IA 50677**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property.** | $43,245.34 | $3,970,000.00 |

Describe the lien
**Mechanic's Lien - MNLR #018526-0**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**03/02/2018 to 10/01/2018**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Veridian Credit Union**
**2. Shirley Jane Saur**
**3. Donald J. Woods Trust**
**4. Russell Construction Co., Inc.**
**5. Ken's Electric, Inc.**
**6. Boomerang Corp.**
**7. Forman Ford**
**8. StewartScape, Inc.**
**9. Baker Enterprises, Inc.**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| **2.2** **Boomerang Corp.**<br>Creditor's Name<br><br>**12536 Buffalo Rd**<br>**Anamosa, IA 52205**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property.** | $49,946.40 | $3,970,000.00 |

Describe the lien
**Mechanic's Lien - MNLR #018378-0**
Is the creditor an insider or related party?

☑ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Oelwein Community Healthcare Foundation**                              Case number (if know) _____
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**
**09/27/2018 to 01/17/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Donald J. Woods Trust** |
|---|---|

Creditor's Name

**c/o Julia J. Woods, Trustee**
**17 Hillside Drive West**
**Oelwein, IA 50662**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/06/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule A/B for legal description of property.**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

$1,600,000.00        $3,970,000.00

---

| 2.4 | **Fayette County Treasurer** |
|---|---|

Creditor's Name

**112 N Vine Street**
**PO Box 273**
**West Union, IA 52175-0273**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Property Taxes - accrued but not payable until 03/01/2020**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$115.00        $0.00

---

| 2.5 | **Forman Ford** |
|---|---|

**Describe debtor's property that is subject to a lien**        $6,190.45        $3,970,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor   **Oelwein Community Healthcare Foundation**                          Case number (if known) _____
_____
Name

| Creditor's Name | 2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property. | | |

**PO Box 692
Cedar Rapids, IA 52406**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien - MNLR #018478-0**
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/09/2018 to 02/01/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.6 | **Ken's Electric, Inc.** | **Describe debtor's property that is subject to a lien** | **$47,916.99** | **$3,970,000.00** |

Creditor's Name

2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property.

**841 1st Ave. S.E.
Oelwein, IA 50662**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien - MNLR #018305-0**
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/18/2018 thru 09/27/2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.7 | **Russell Construction Co., Inc.** | **Describe debtor's property that is subject to a lien** | **$288,042.18** | **$3,970,000.00** |

Creditor's Name

2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property.

**4600 E 53rd St.
Davenport, IA 52807**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien - MNLR #018196-0**
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/28/2017 thru 01/22/2019**
**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor  **Oelwein Community Healthcare Foundation**                    Case number (if know) _____
                    Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.8 | **Shirley Jane Saur** | **Describe debtor's property that is subject to a lien** | $294,000.00 | $3,970,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property. | | |

**411 - 8th Avenue N.E.
Oelwein, IA 50662**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred
03/06/2019**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.9 | **StewartScape, Inc.** | **Describe debtor's property that is subject to a lien** | $9,561.00 | $3,970,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property. | | |

**3287 R Ave.
Oelwein, IA 50662**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien - MNLR #018508-0**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred
01/01/2019 to 02/27/2019**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.10 | **Veridian Credit Union** | **Describe debtor's property that is subject to a lien** | $4,394,750.00 | $3,970,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2405 Rock Island Road, Oelwein, Iowa 50662, see Schedule "A" for legal desciption of property. | | |

**Commercial Lending
1827 Ansborough Avenue
PO Box 6000
Waterloo, IA 50704-6000**

Creditor's mailing address

**Describe the lien**

---

Debtor    **Oelwein Community Healthcare Foundation**                    Case number (if know) _____
          Name

---

_____        **Mortgage & Assignment of Rents**

                                         **Is the creditor an insider or related party?**

                                         ■ No

Creditor's email address, if known       ☐ Yes

**Date debt was incurred**               **Is anyone else liable on this claim?**

**12/06/2017**                           ☐ No

**Last 4 digits of account number**      ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**162**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply

☐ No                                     ☐ Contingent

■ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative
priority.                                ☐ Disputed

**Specified on line 2.1**

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $6,733,767.36 |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher O'Donohoe**<br>**Elwood, O'Donohoe, Braun & White**<br>**101 North Locust Ave.**<br>**PO Box 310**<br>**New Hampton, IA 50659** | Line  **2.9** | |
| **Larry S. Eide**<br>**Pappajohn, Shriver, Eide & Nielsen P.C.**<br>**103 East State Street**<br>**PO Box 1588**<br>**Mason City, IA 50402-1588** | Line  **2.3** | |
| **Mollie Pawlosky**<br>**Dickinson, Mackaman, Tyler & Hagen, P.C.**<br>**699 Walnut Street, Ste 1600**<br>**Des Moines, IA 50309-3986** | Line  **2.10** | |
| **Paul D. Burns**<br>**Bradley & Riley PC**<br>**2007 First Ave. SE**<br>**Cedar Rapids, IA 52402** | Line  **2.5** | |
| **Ralph W. Heninger**<br>**Heninger and Heninger P.C.**<br>**10 W 2nd St., Ste 501**<br>**Davenport, IA 52801-1815** | Line  **2.7** | |
| **Ron Van Veldhuizen**<br>**R.L. Van Veldhuizen Law Firm**<br>**19 East Charles St.**<br>**Oelwein, IA 50662** | Line  **2.6** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if know) | |
|--------|---------------------------------------------|------------------------|--|
| | Name | | |

| | |
|---|---|
| **Samuel E. Jones**<br>**Shuttleworth & Ingersoll, P.L.C.**<br>**115 Third St. SE, Ste 500**<br>**PO Box 2107**<br>**Cedar Rapids, IA 52406-2107** | Line __2.2__ |
| **Todd Locher**<br>**Locher & Davis PLC**<br>**PO Box 7**<br>**Farley, IA 52046** | Line __2.1__ |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Oelwein Community Healthcare Foundation**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Abigail A. Roete**<br>**4473 Outer Road**<br>**Oelwein, IA 50662** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$76.99** | **$76.99** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Paid Time Off** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Abigail A. Roete**<br>**4473 Outer Road**<br>**Oelwein, IA 50662** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$356.21** | **$356.21** |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k) match payable to Midwest Group**<br>**Benefits, Inc. as third party administrator** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Oelwein Community Healthcare Foundation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,150.30 | $3,150.00 |
|---|---|---|---|---|

**Alexa D. Blomme**
**1934 Rainbow Dr**
**Cedar Falls, IA 50613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Bonus pay for training in Arizona and Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.26 | $42.26 |
|---|---|---|---|---|

**Alexa D. Blomme**
**1934 Rainbow Dr**
**Cedar Falls, IA 50613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,053.50 | $8,053.50 |
|---|---|---|---|---|

**Allison M. Bahlman**
**35 7th Ave SE**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.48 | $726.48 |
|---|---|---|---|---|

**Allison M. Bahlman**
**35 7th Ave SE**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,368.42 | $1,368.42 |
|---|---|---|---|---|

**Amanda J. Gelhausen**
**801 5th St SE**
**Oelwein, IA 50662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.36 | $624.36 |
|---|---|---|---|---|

**Amanda J. Gelhausen**
**801 5th St SE**
**Oelwein, IA 50662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group**
**Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,495.07 | $2,495.07 |
|---|---|---|---|---|

**Anne E. Jergens**
**502 Amy Ave**
**Fairbank, IA 50629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $770.45 | $770.45 |
|---|---|---|---|---|

**Anne E. Jergens**
**502 Amy Ave**
**Fairbank, IA 50629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group**
**Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | Oelwein Community Healthcare Foundation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.11** | Priority creditor's name and mailing address
**Clay F. Hallberg**
**908 7th Ave NE**
**Oelwein, IA 50662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,050.00      $6,050.00

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**Clay F. Hallberg**
**908 7th Ave NE**
**Oelwein, IA 50662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,084.61      $1,084.61

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group
Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Danielle N. Beatty**
**4750 90th St**
**Arlington, IA 50606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,653.88      $1,653.88

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Danielle N. Beatty**
**4750 90th St**
**Arlington, IA 50606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$101.63      $101.63

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group
Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
|--------|---------------------------------------------|-------------------------|--|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------------|

**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | | **$0.00** | **Unknown** |
|------|----------------------------------------------|--|-----------|-------------|

**Iowa Department of Revenue**
**Office of the Attorney General of**
**Iowa**
**Attn: Bankruptcy Unit**
**1305 E. Walnut Street**
**Des Moines, IA 50319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number **4001**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | **$0.00** | **$0.00** |
|------|----------------------------------------------|--|-----------|-----------|

**Iowa Workforce Development**
**1000 East Grand Avenue**
**Des Moines, IA 50319-0209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number **6029**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | **$437.00** | **$437.00** |
|------|----------------------------------------------|--|-------------|-------------|

**Jamie J. Rummel**
**706 Collins Rd.**
**Fairbank, IA 50629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,639.06 | $8,639.06 |
|---|---|---|---|---|
| | **Jessica Loban** | *Check all that apply.* | | |
| | **220 East Street** | ☐ Contingent | | |
| | **Maynard, IA 50655** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Paid Time Off** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.41 | $595.41 |
|---|---|---|---|---|
| | **Jill B. Meyer** | *Check all that apply.* | | |
| | **1110 Yukon Ave** | ☐ Contingent | | |
| | **Sumner, IA 50674** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Paid Time Off** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.32 | $603.32 |
|---|---|---|---|---|
| | **Jill B. Meyer** | *Check all that apply.* | | |
| | **1110 Yukon Ave** | ☐ Contingent | | |
| | **Sumner, IA 50674** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **401(k) match payable to Midwest Group Benefits, Inc. as third party administrator** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No | | |
| | | ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $831.25 | $831.25 |
|---|---|---|---|---|
| | **Jill D. Dierks** | *Check all that apply.* | | |
| | **12275 Q Ave** | ☐ Contingent | | |
| | **Maynard, IA 50655** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Paid Time Off** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address

**Jill D. Dierks**
**12275 Q Ave**
**Maynard, IA 50655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,022.30    $1,022.30

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

**Kimberly Eckhoff**
**108 8th Ave. SE**
**Oelwein, IA 50662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$444.08    $444.08

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

**Kyla Frost**
**24953 170th St**
**Sumner, IA 50674**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,588.16    $10,588.16

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

**Kyla Frost**
**24953 170th St**
**Sumner, IA 50674**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$971.41    $971.41

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| Debtor | Oelwein Community Healthcare Foundation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,142.23 | $3,142.23 |
|---|---|---|---|---|

**Lindsey M. Rechkemmer**
**915 1st St NE**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.77 | $191.77 |
|---|---|---|---|---|

**Lindsey M. Rechkemmer**
**915 1st St NE**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group**
**Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,813.96 | $1,813.96 |
|---|---|---|---|---|

**Lisa Nafziger**
**1705 354TH AVE**
**Wever, IA 52658**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.08 | $83.08 |
|---|---|---|---|---|

**Lisa Nafziger**
**1705 354TH AVE**
**Wever, IA 52658**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group**
**Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

Debtor   **Oelwein Community Healthcare Foundation**                    Case number *(if known)* _____

Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.76 | $59.76 |
|---|---|---|---|---|

**Marsha Black**
**908 7th Ave NE**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,717.64 | $5,717.64 |
|---|---|---|---|---|

**Mary Bridget C. Frank**
**416 N Frederick Ave**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued wages for 12/02/19 to 12/06/19 plus**
**accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.67 | $360.67 |
|---|---|---|---|---|

**Mary Bridget C. Frank**
**416 N Frederick Ave**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group**
**Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.08 | $0.00 |
|---|---|---|---|---|

**Megan Imoehl**
**2630 Manor St.**
**Waterloo, IA 50702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group**
**Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| Debtor | **Oelwein Community Healthcare Foundation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.99 | $554.99 |
|---|---|---|---|---|

**Sarah L. Kadlec**
**820 W 1st St.**
**Sumner, IA 50674**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.61 | $33.61 |
|---|---|---|---|---|

**Sarah L. Kadlec**
**820 W 1st St.**
**Sumner, IA 50674**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group**
**Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.89 | $185.89 |
|---|---|---|---|---|

**Selina M. Berry**
**2387 20th Street**
**Lamont, IA 50650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.12 | $162.12 |
|---|---|---|---|---|

**Shianne N. Moser**
**416 3rd Ave. NE**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Paid Time Off**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Oelwein Community Healthcare Foundation** | | Case number (if known) | |
|--------|------|---|------|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.67 | $17.67 |
|------|------|------|------|------|

**Shianne N. Moser**
**416 3rd Ave. NE**
**Oelwein, IA 50662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k) match payable to Midwest Group Benefits, Inc. as third party administrator**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Abbott Laboratories Inc.**
**D-943, CP1-4**
**100 Abbott Park Road**
**North Chicago, IL 60064-6095**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  06/21/2018
Last 4 digits of account number  P245

Basis for the claim:  **Potential lease deficiency**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|------|------|------|------|

**Ace Hardware**
**20 North Frederick**
**Oelwein, IA 50662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|------|------|------|------|

**Airgas USA, LLC**
**407 Performance Dr.**
**Cedar Falls, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  8523

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,985.36** |
|------|------|------|------|

**Alliant Energy**
**PO Box 3060**
**Cedar Rapids, IA 52406-3060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  8639

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|------|------|------|------|

**American Proficiency Institute**
**Dept. 9526**
**PO Box 30516**
**Lansing, MI 48909-8016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Various
Last 4 digits of account number  5341

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,173.21 |
|---|---|---|---|

**Bio-RAD Laboratories, Inc.**
**PO Box 849740**
**Los Angeles, CA 90084-9740**

Date(s) debt was incurred _

Last 4 digits of account number  3911

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,313.00 |
|---|---|---|---|

**Bradley & Riley PC**
**2007 1st Ave SE**
**PO Box 2804**
**Cedar Rapids, IA 52406-2804**

Date(s) debt was incurred _

Last 4 digits of account number  5522

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brown's Medical Imaging**
**14315 C Circle**
**Omaha, NE 68144-3392**

Date(s) debt was incurred _

Last 4 digits of account number  9259

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Buchanan County Health Center reached an
agreement with Brown's and purchased the 3D Mammography
equipment.  It agreed that this resolves all claims with the Oelwein
Community Healthcare Foundation.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Canon Medical Finance USA**
**1000 Howard Blvd., Ste 103**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number  8001

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential lease deficiency

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cedar Valley Medical Specialists, P.C.**
**4150 Kimball Ave.**
**Waterloo, IA 50704**

Date(s) debt was incurred  02/17/2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Specialty Services Agreement between Health First
Medical and Cedar Valley Medical Specialists, P.C.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,052.88 |
|---|---|---|---|

**CenturyLink**
**PO Box 2956**
**Phoenix, AZ 85062-2956**

Date(s) debt was incurred _

Last 4 digits of account number  9258

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Communication services

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Oelwein Community Healthcare Foundation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cepheid**
**904 Caribbean Dr.**
**Sunnyvale, CA 94089**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Reagent Rental Agreement regarding the use of Cepheid instrumentation.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City Laundering**
**PO Box 622**
**Oelwein, IA 50662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0635**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Oelwein**
**20 2nd Ave SW**
**Oelwein, IA 50662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CompuGroup Medical**
**10715 Red Run Blvd, Suite 101**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$640.31** |
|---|---|---|---|

**Copy Systems Inc.**
**920 E. 21st St.**
**Des Moines, IA 50317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9258**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,673.40** |
|---|---|---|---|

**Eide Bailly LLP**
**1545 Associates Dr., Suite 101**
**Dubuque, IA 52002-2299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7198**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Employee Benefit Systems**
**Attn: COBRA Dept.**
**PO Box 681**
**Burlington, IA 52601-0681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$721,225.40** |
|---|---|---|---|

**FreedomBank**
**f/k/a Farmers & Merchants Savings Bank**
**201 West Main St.**
**PO Box 9**
**Waukon, IA 52172**

Date(s) debt was incurred  **01/08/2019**

Last 4 digits of account number  **6020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note secured by property located at 8586 N Ave., Maynard, IA 50655 owned by the Donald J. Woods Trust and a Guaranty by the Donald J. Woods Trust.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Geisler Brothers Co.**
**1500 Radford Rd.**
**Dubuque, IA 52002-2115**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,154.73** |
|---|---|---|---|

**Henry Schein, Inc.**
**135 Duryea Road**
**Melville, NY 11747**

Date(s) debt was incurred  _

Last 4 digits of account number  **3016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,320.00** |
|---|---|---|---|

**Hubbard, Broadbent and Associates, Ltd.**
**5322 Davis St.**
**Skokie, IL 60077-1535**

Date(s) debt was incurred  **09/17/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Image Works**
**701 Deming Way, Suite 201**
**Madison, WI 53717**

Date(s) debt was incurred  _

Last 4 digits of account number  **4819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,503.96** |
|---|---|---|---|

**ImageFirst**
**4870 J St. SW**
**Cedar Rapids, IA 52404**

Date(s) debt was incurred  _

Last 4 digits of account number  **T000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,797.07** |
|---|---|---|---|

**InstyMeds Corporation**
**6501 City West Pkwy**
**Eden Prairie, MN 55344**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **InstyMeds Medication Adherence System Agreement by and between InstyMeds Corporation, RedPharm Drug, Inc., and HealthFirst Medical dated 05/31/2018.**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,018.82** |

**Iowa Solutions**
**1045 Sherman Rd.**
**Hiawatha, IA 52233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Kerns Company, Inc.**
**841 1st Ave. SE**
**Oelwein, IA 50662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Kluesner Sanitation, LLC**
**1005 1st Ave NW**
**PO Box 335**
**Farley, IA 52046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**KWWL Television Inc.**
**PO Box 1001**
**Quincy, IL 62306-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/31/18**

**Basis for the claim:  Artwork/Graphics Production and Voice Over Audio Recording**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**McKesson Medical-Surgical**
**9954 Mayland Dr, Ste 4000**
**Richmond, VA 23233**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Buchanan County Health Center reached an aggeement with McKeesen and purchased the equipment.  It agreed that this resolves all claims with the Oelwein Community Healthcare Foundation.**

**Last 4 digits of account number  4237**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,095.11** |

**Mediacom**
**PO BOX 5744**
**Carol Stream, IL 60197-5744**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Communication services.**

**Last 4 digits of account number  1300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Medshred**
**1000 Thomas Beck Rd.**
**Des Moines, IA 50315**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Oelwein Community Healthcare Foundation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mercy Medical Center**
**d/b/a Mercy Hall-Perrine Cancer Center**
**Attn: Rita Harris, Director**
**701 10th St. SE**
**Cedar Rapids, IA 52403**

Date(s) debt was incurred  **02/01/2019**

Last 4 digits of account number  _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **License and Services Agreement between Oelwein Community Healthcare Foundation d/b/a Healthfirst Medical Park and Mercy Medical Center, Cedar Rapids, Iowa d/b/a Mercy Hall-Perrine Cancer Center.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Merritt Hawkins & Associates**
**PO Box 281943**
**Atlanta, GA 30384-1943**

Date(s) debt was incurred  _

Last 4 digits of account number  **FQA0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Midwest Group Benefits Inc.**
**PO Box 408**
**Decorah, IA 52101**

Date(s) debt was incurred  **07/10/2019**

Last 4 digits of account number  **2610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2018-2019 Annual Base Fee, Prepare Annual Report, Compliance & Nondiscrimination Testing, Employer & Participant Accounting & Services related to the termination of the 401(k) Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,579.00**

**MMIC Insurance, Inc.**
**7701 France Ave. S, Ste 500**
**Minneapolis, MN 55435**

Date(s) debt was incurred  _

Last 4 digits of account number  **2186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$824.13**

**Oelwein Family Pharmacy**
**32 S Frederick Ave.**
**Oelwein, IA 50662**

Date(s) debt was incurred  _

Last 4 digits of account number  **212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,334.51**

**Oelwein Publishing**
**PO Box 511**
**Oelwein, IA 50662-0511**

Date(s) debt was incurred  _

Last 4 digits of account number  **5495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ONESOURCE**
**PO BOX 24148**
**Omaha, NE 68124**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Oelwein Community Healthcare Foundation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Professional Office Services**
PO Box 450
Waterloo, IA 50704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7083**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Radiology Consultants of Iowa PLC**
Attn: Accounting Dept.
1956 1st Ave. NE
Cedar Rapids, IA 52402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Buchanan County Health Center reached an ageement with RCI, it will not proeceed with claims with Oelwein Community Healthcare Foundation.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rite Price Office Supply**
214 S. Frederick
Oelwein, IA 50662-2041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various Dates**

Basis for the claim: __

Last 4 digits of account number  **HF01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**robertson manufacturing**
3020 Hickory Grove Rd.
Davenport, IA 52806-3331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sensoscientific**
685 Cochran St., Ste 200
Simi Valley, CA 93065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9258**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,615.00 |
|---|---|---|---|

**Shared Medical Services, Inc.**
209 Limestone Pass
Cottage Grove, WI 53527-8968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State Hygienic Laboratory**
PO Box 310405
Des Moines, IA 50331-0405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5503**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address
**The Coding Network, LLC**
**PO Box 101794**
**Pasadena, CA 91189-1794**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,920.35**

---

**3.48** | Nonpriority creditor's name and mailing address
**The Shredder**
**1000 Thomas Beck Rd.**
**Des Moines, IA 50315**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,941.22**

---

**3.49** | Nonpriority creditor's name and mailing address
**TIAA Commercial Finance, Inc.**
**PO Box 911608**
**Denver, CO 80291-1608**

Date(s) debt was incurred _
Last 4 digits of account number **4952**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Contract for GE LOGIQ E9 Package, Serial #181005176027.  Lender repossessed and sold the equipment but assessed late charges and sent a deficiency notice.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.50** | Nonpriority creditor's name and mailing address
**Townsquare Media, Inc.**
**501 Sycamore St., Ste 300**
**Waterloo, IA 50703**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,220.00**

---

**3.51** | Nonpriority creditor's name and mailing address
**United Healthcare Insurance Company**
**PO Box 10176**
**Atlanta, GA 30392-1760**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Request for overpayment of insurance proceeds.**

Is the claim subject to offset? ■ No ☐ Yes

**$1,368.81**

---

**3.52** | Nonpriority creditor's name and mailing address
**VOICEPRODUCTS**
**8555 East 32nd St. North**
**Wichita, KS 67226**

Date(s) debt was incurred _
Last 4 digits of account number **HM05**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.53** | Nonpriority creditor's name and mailing address
**WAPITI MEDICAL GROUP, LC**
**6112 Chancellor Dr.**
**Cedar Falls, IA 50613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,589.43**

---

| Debtor | Oelwein Community Healthcare Foundation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,434.30 |
|---|---|---|---|

**Weland Clinical Laboratories, PC**
**1911 First Ave. SE**
**PO Box 1924**
**Cedar Rapids, IA 52406-1924**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2811**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wellmark BlueCross BlueShield**
**PO Box 14456**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abbott**<br>**P.O. Box 92679**<br>**Chicago, IL 60675-2679** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Canon Financial Services, Inc.**<br>**14904 Collections Ctr Dr.**<br>**Chicago, IL 60693** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Canon Medical Finance USA**<br>**158 Gaither Dr., Ste 200**<br>**Mount Laurel, NJ 08054** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Canon Medical Systems USA, Inc.**<br>**Service Contracts Administration**<br>**Attn: Diane Rios**<br>**2441 Michelle Drive**<br>**Tustin, CA 92780** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Caroline Giddings**<br>**General Counsel**<br>**Mercy Medical Center**<br>**701 10th St. SE**<br>**Cedar Rapids, IA 52403** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Credit Management, L.P.**<br>**6080 Tennyson Parkway, Ste 100**<br>**Plano, TX 75024-6002** | Line **3.4**<br><br>☐ Not listed. Explain ____ | **9110** |
| 4.7 | **Creditors Recovery Systems, Inc.**<br>**212 West St. Charles Road**<br>**Villa Park, IL 60181** | Line **3.5**<br><br>☐ Not listed. Explain ____ | **7524** |

---

| Debtor | **Oelwein Community Healthcare Foundation** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.8 | **David Gengler**<br>**Kohner Mann & Kailas, S.C.**<br>**Washington Bldg, Barnabas Business Ctr**<br>**Milwaukee, WI 53212-1059** | Line **3.1**<br><br>☐ Not listed. Explain ____ | **1669** |
| 4.9 | **Erin Dalziel**<br>**Risk Manager**<br>**Cedar Valley Medical Specialists, P.C.**<br>**4150 Kimball Ave.**<br>**Waterloo, IA 50704** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **RedPharm Drug, Inc.**<br>**6501 City West Parkway**<br>**Eden Prairie, MN 55344** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **TIAA Commerical Finance, Inc.**<br>**10 Waterview Blvd., 2nd Fl.**<br>**Parsippany, NJ 07054** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Tim L. Charles, President & CEO**<br>**Mercy Medical Center**<br>**701 10th St. SE**<br>**Cedar Rapids, IA 52403** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **US Attorney (IRS)**<br>**111 7th Avenue SE, Box 1**<br>**Cedar Rapids, IA 52401** | Line **2.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Wesley B. Huisinga**<br>**Shuttleworth & Ingersoll, PLC**<br>**115 3rd St. SE, Ste 500**<br>**Cedar Rapids, IA 52401** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $    63,092.62 |
| 5b. Total claims from Part 2 | 5b.  + | $    953,580.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $    1,016,672.62 |

**Fill in this information to identify the case:**

Debtor name   **Oelwein Community Healthcare Foundation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement - Contract No. Q-12994. The agreement was terminated presently in the winddown process.** | |
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | **athenahealth, Inc. 311 Arsenal St. Watertown, MA 02472** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement for 2405 Rock Island Road, Oelwein, IA 50662, see Exhibit "A" for legal description of property.** | |
| State the term remaining | **10 years beginning 09/01/2019** | **Buchanan County Health Center Attn: Steve Slessor, CEO 1600 1st St. E Independence, IA 50644** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Records Custody Agreement with a Business Associate Addendum dated 11/01/2019 between Oelwein Community Healthcare Foundation (OCHF) and Buchanan County Health Center (BCHC), BCHC agrees to serve as custodial agent of OCHF with respect to maintenance and safekeeping of patient records.** | |
| State the term remaining | **Remain in effect as required by law for maintenance of patient** | **Buchanan County Health Center Attn: Steve Slessor, CEO 1600 1st St. E Independence, IA 50644** |

Debtor 1    **Oelwein Community Healthcare Foundation**                    Case number *(if known)*
　　　First Name　　　Middle Name　　　Last Name

## ▇ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **records**<br><br>List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Specialty Services Agreement between Health First Medical and Cedar Valley Medical Specialists, P.C. for Orthopedics. Expires 02/28/2021**<br><br>**Cedar Valley Medical Specialists, P.C.**<br>**4150 Kimball Ave.**<br>**Waterloo, IA 50704** |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Specialty Services Agreement between Health First Medical and Cedar Valley Medical Specialists, P.C. for Ophthalmology. Expires 01/08/2021**<br><br>**Cedar Valley Medical Specialists, P.C.**<br>**4150 Kimball Ave.**<br>**Waterloo, IA 50704** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **License and Services Agreement between Oelwein Community Healthcare Foundation d/b/a Healthfirst Medical Park and Mercy Medical Center, Cedar Rapids, Iowa d/b/a Mercy Hall-Perrine Cancer Center. Expires 01/31/2020**<br><br>**Mercy Medical Center**<br>**d/b/a Mercy Hall-Perrine Cancer Center**<br>**Attn: Rita Harris, Director**<br>**701 10th St. SE**<br>**Cedar Rapids, IA 52403** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement for bi-weekly payroll processing, issuance of year-end W-2's/1099's, and quarterly tax returns.**<br><br>**Paylocity**<br>**Attn. J.J. Zearley**<br>**3850 N. Wilke Road**<br>**Arlington Heights, IL 60004** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Oelwein Community Healthcare Foundation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lines Insurance Policy ending 9657.** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Philadelphia Indemnity Insurance Co.** |
| | List the contract number of any government contract | | **One Bala Plaza, Suite 100** **PO Box 950** **Bala Cynwyd, PA 19004** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **General liability policy with Travelers.** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Travelers** |
| | List the contract number of any government contract | | **PO Box 650293** **Dallas, TX 75265-0293** |

Fill in this information to identify the case:

Debtor name **Oelwein Community Healthcare Foundation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Donald J. Woods Trust** | **c/o Julia J. Woods, Trustee 17 Hillside Dr. West Oelwein, IA 50662 Real Estate Mortgage pledged by Donald J. Woods Trust and Guaranty of Donald J. Woods Trust both dated 01/08/2019.** | **FreedomBank** | ☐ D _____ ■ E/F  **3.19** ☐ G _____ |
| 2.2 **Donald J. Woods Trust** | **c/o Julia J. Woods, Trustee 17 Hillside Dr. West Oelwein, IA 50662 Mortgage dated 12/13/2018 on 116.2 acres (more or less) of land at 80th and M Ave. in Maynard, IA 50655 with the Donald J. Woods Trust as Grantor.** | **Veridian Credit Union** | ■ D  **2.10** ☐ E/F _____ ☐ G _____ |
| 2.3 **Julia Woods** | **17 Hillside Dr. West Oelwein, IA 50662 Personal Guaranty of $166,000.00** | **Veridian Credit Union** | ■ D  **2.10** ☐ E/F _____ ☐ G _____ |
| 2.4 **Larry Woods** | **615 7th St. SE Oelwein, IA 50662 Personal Guaranty of $167,000.00** | **Veridian Credit Union** | ■ D  **2.10** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Oelwein Community Healthcare Foundation** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Philadelphia Insurance Companies, Inc.** | Claims Department PO Box 950 Bala Cynwyd, PA 19004 Potential claim for insurance coverage. | **Donald J. Woods Trust** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Philadelphia Insurance Companies, Inc.** | Claims Department PO Box 950 Bala Cynwyd, PA 19004 Potential claim for insurance coverage. | **Boomerang Corp.** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Philadelphia Insurance Companies, Inc.** | Claims Department PO Box 950 Bala Cynwyd, PA 19004 Potential claim for insurance coverage. | **FreedomBank** | ☐ D _____ ■ E/F ___3.19___ ☐ G _____ |
| 2.8 | **Travelers** | PO Box 650293 Dallas, TX 75265-0293 Potential claim for insurance coverage. | **Donald J. Woods Trust** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Travelers** | PO Box 650293 Dallas, TX 75265-0293 Potential claim for insurance coverage. | **Boomerang Corp.** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Travelers** | PO Box 650293 Dallas, TX 75265-0293 Potential claim for insurance coverage. | **FreedomBank** | ☐ D _____ ■ E/F ___3.19___ ☐ G _____ |
| 2.11 | **Walter Wayne Saur** | 120 E Charles St. Oelwein, IA 50662 Persoanl Guaranty of $167,000.00 | **Veridian Credit Union** | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Oelwein Community Healthcare Foundation**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br><br>■ Other  **Contributions, grants, & patient revenue** | **Unknown** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br><br>■ Other  **Contributions, grants, & patient revenue** | **$1,240,961.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br><br>■ Other  **Contributions, grants, & patient revenue** | **$689,240.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

Debtor   **Oelwein Community Healthcare Foundation**                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Veridian Credit Union**<br>**1827 Ansbourough Ave**<br>**PO Box 6000**<br>**Waterloo, IA 50704** | **11/07/19 &**<br>**12/04/19** | **$55,594.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Veridian Credit Union**<br>**swept Oelwein Community**<br>**Healthcare Foundation's**<br>**ckecking account at Veridian**<br>**Credit Union on 11/07/19 for**<br>**$24,494.23, and on 12/04/19 for**<br>**$31,100.00.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
   may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **InstyMeds Corporation**<br>**6501 City West Parkway**<br>**Eden Prairie, MN 55344** | **InstyMeds Medication Dispenser** | **07/03/2019** | **Unknown** |
| **Abbott Laboratories Inc.**<br>**D-943, CP1-4**<br>**100 Abbott Park Road**<br>**North Chicago, IL 60064-6095** | **Ruby Analyzer and Architect** | **08/30/2019** | **Unknown** |
| **TIAA Commercial Finance, Inc.**<br>**PO Box 911608**<br>**Denver, CO 80291-1608** | **Ultrasound - GE LOGIQ E9 Package, Serial**<br>**#181005176027. TIAA sold, leased or**<br>**otherwise disposed of the equipment for a**<br>**gross sum of $42,000.00, less expenses of**<br>**$750.09 and sale commission of $12,600.00,**<br>**the net sale proceed was $28,649.91.** | **08/2019** | **Unknown** |
| **Canon Medical Finance USA**<br>**1000 Howard Blvd., Ste 103**<br>**Mount Laurel, NJ 08054** | **Canon Aquilion Lightning 80 Whole Body**<br>**CT Scanner complete with all attachments**<br>**and accessories SID #30045962.** | **09/10/2019** | **Unknown** |
| **Cepheid**<br>**904 Caribbean Dr.**<br>**Sunnyvale, CA 94089** | **Cepheid instrumentation returned**<br>**09/10/2019 via FedEx.** | **09/10/2019** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
   of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

Debtor    **Oelwein Community Healthcare Foundation**                                   Case number *(if known)* _____

debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Veridian Credit Union**<br>**1827 Ansbourough Ave**<br>**PO Box 6000**<br>**Waterloo, IA 50704** | **Veridian Credit Union swept Oelwein Community Healthcare Foundation's ckecking account at Veridian Credit Union on 11/07/2019 for $24,494.23, and on 12/04/2019 for $31,100.00.**<br><br>Last 4 digits of account number: ___6040___ | **11/07/19 &**<br>**12/04/19** | $55,594.23 |

---

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Boomerrang Corp v. Oelwein Community Healthcare Foundation**<br>**CVCV 055550** | **Petition to Foreclose Mechanic's Lien** | **Iowa District Court for Faytte County**<br>**114 North Vine Street**<br>**PO Box 458**<br>**West Union, IA 52175** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Donald J. Woods Trust v. Oelwein Community Healthcare Foundation et al.**<br>**LACV055615** | **Civil** | **Iowa District Court for Fayette County**<br>**114 North Vine Street**<br>**PO Box 458**<br>**West Union, IA 52175** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

---

Debtor    **Oelwein Community Healthcare Foundation**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 04/24/2019 $7,500.00; 06/03/2019 $7,500.00; 10/07/2019 $25,000.00; & 12/05/2019 $13,524.13 | |
| | **Day Rettig Martin, P.C.**<br>**150 1st Ave. NE**<br>**P.O. Box 2877**<br>**Cedar Rapids, IA 52401** | **Debtor's counsel has received $53,524.13 of which $1,717.00 was earmarked for the Chapter 11 Filing Fee, $50,188.55 was used for services and costs, some of which were not directly related to the bankruptcy filing but were ancillary to it.** | | **$53,524.13** |
| | Email or website address<br>**www.drpjlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Buchanan County Health Center (BCHC)**<br>**Attn: Steve Slessor, CEO**<br>**1600 1st St. E**<br>**Independence, IA 50644** | **Furniture sold to BCHC pursuant to Agreement for Sale of and Purchase of Furniture and Bill of Sale dated 05/29/2019.** | **05/28/2019** | **$85,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

Debtor   **Oelwein Community Healthcare Foundation**                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | **Buchanan County Health Center (BCHC)**<br>**Attn: Steve Slessor, CEO**<br>**1600 1st St. E**<br>**Independence, IA 50644** | **Equipment sold to BCHC pursuant to Agreement for Sale of and Purchase of Additional Equipment dated 08/02/2019.** | **08/07/2019** | **$2,551.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.3<br>. | **Dr. David Brennan**<br>**813 36th St.**<br>**West Des Moines, IA 50265** | **Employment settlement** | **01/31/2019** | **$21,250.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.4<br>. | **Buchanan County Health Center**<br>**Attn: Steve Slessor, CEO**<br>**1600 1st St. E**<br>**Independence, IA 50644** | **Lockers and supplies sold to BCHC pursuant to Agreement for Sale of and Purchase of Additional Equipment and Supplies dated 09/03/2019.** | **09/04/2019** | **$4,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.5<br>. | **McKesson Medical-Surgical**<br>**9954 Mayland Dr, Ste 4000**<br>**Richmond, VA 23233** | **On 06/07/2019, Buchanan County Health Center purchased equipment and supplies from Oelwein Community Healthcare Foundation (OCHF) satisfying McKeeson's claim for payment for such equipment and supplies against OCHF.** | **06/07/2019** | **$100,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.6<br>. | **Brown's Medical Imaging**<br>**14315 C Circle**<br>**Omaha, NE 68144-3392** | **On 06/20/2019, Buchanan County Health Center purchased the 3D Mammography equipment from Oelwein Community Healthcare Foundation (OCHF) satisfying any claim that Brown's was owed for such equipment.** | **06/20/2019** | **$335,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.7<br>. | **Emmett Donnelly Auctioneering & Appraisa**<br>**2196 Gentry Ave.**<br>**Independence, IA 50644** | **Miscellaneous office furniture sold at auction - waiting for settlement sheets** | **Unknown** | **Unknown** |
| | **Relationship to debtor**<br>**None** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Oelwein Community Healthcare Foundation**                                          Case number *(if known)* _____

☐ Does not apply

|  | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **22 South Frederick Ave., Ste C Oelwein, IA 50662** | **June 2016 - October 2018** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **No longer in the healthcare business, renting out the facility to Buchanan County Health Center (BCHC).  Prior patient records subject to Medical Records Custody Agreement with a Business Associate Addendum dated 11/01/2019 between Oelwein Community Healthcare Foundation (OCHF) and BCHC, BCHC agrees to serve as custodial agent of OCHF with respect to maintenance and safekeeping of patient records.**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Healthfirst Medical 401(k) Profit Sharing Plan and Trust** | EIN:   **45-3988044** |

        Has the plan been terminated?
        ☐ No
        ■ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | Oelwein Community Healthcare Foundation | | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Maynard Savings Bank**<br>**PO Box 158**<br>**Maynard, IA 50655** | **XXXX-5767** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **08/29/2019** | **$636.15** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Saur & Saur**<br>**120 E Charles St.**<br>**Oelwein, IA 50662** | **Wayne Saur** | **Donated holiday decorations stored in the basement.** | ☐ No<br>■ Yes |
| **Larry Woods**<br>**Law Office of Larry F. Woods**<br>**24 N Frederick Ave.**<br>**Oelwein, IA 50662** | **The items are actually stored in an apartment above the law offices - W. Wayne Saur and Larry Woods have access.** | **Quality control manuals for Lab, two (2) filing cabinets containing Oelwein Community Healthcare Foundation (OCHF) policy manuals, business agreements, safety manuals, and insurance agreements.** | ☐ No<br>■ Yes |
| **Mary Bridget C. Frank**<br>**416 N Frederick Ave**<br>**Oelwein, IA 50662** | **Mary Bridget Frank** | **Invoices and a laptop computer.** | ☐ No<br>■ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Oelwein Community Healthcare Foundation**                                    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **The Shredder**<br>**1000 Thomas Beck Rd.**<br>**Des Moines, IA 50315** | **120 E Charles St.**<br>**Oelwein, IA 50662** | **Two (2) shred bins.** | **Unknown** |

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

Debtor   **Oelwein Community Healthcare Foundation**         Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Cynthia Roehr** **Roehr Consulting** **320 McKinsie Ct. NE** **Cedar Rapids, IA 52402** | **04/05/2018 to present** |
| 26a.2. | **Linda Payne** **512 2nd St. SW** **Oelwein, IA 50662** | **April 2018 - July 2018** |
| 26a.3. | **Lindsey M. Rechkemmer, CFO** **915 1st St NE** **Oelwein, IA 50662** | **July 2018 - May 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Eide Bailly LLP** **Attn: Carmen Krantz** **1545 Associates Dr., Ste 101** **Dubuque, IA 52002** | **Prepared 2018 Form 990 - Return of Organization Exempt From Tax** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **Dana Vietor** **SRS Investments** **10425 North Central Expressway** **Dallas, TX 75231** | **02/2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Larry F. Woods** **24 North Frederick Ave.** **Oelwein, IA 50662** | **Quality control manuals for Lab, two (2) filing cabinets containing Oelwein Community Healthcare Foundation (OCHF) policy manuals, business agreements, safety manuals, and insurance agreements.** |
| 26c.2. | **Mary Bridget C. Frank** **416 N Frederick Ave.** **Oelwein, IA 50662** | **Invoices** |
| 26c.3. | **W. Wayne Saur** **120 E Charles St.** **Oelwein, IA 50662** | **Bank statements and check books.** |
| 26c.4. | **Jean Baldwin** **101 8th Ave. SE** **Oelwein, IA 50662** | **Minutes and various documents.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **Oelwein Community Healthcare Foundation**                          Case number *(if known)* _____

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| W. Wayne Saur | 120 E Charles St. Oelwein, IA 50662 | President | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jeff Gearhart | 715 5th St. NE Oelwein, IA 50662 | Vice President | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Marty Stasi | 5 Hillside Dr. East Oelwein, IA 50662 | Treasurer | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jean Baldwin | 101 8th Ave. SW Oelwein, IA 50662 | Secretary | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Alanna Levin | 619 8th Ave. SE Oelwein, IA 50662 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Charles Serra | 28 12th Ave. SE Oelwein, IA 50662 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Marilyn Rubner | 8285 I Ave. Arlington, IA 50606 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Pat Taylor | 2057 Neon Rd. Oelwein, IA 50662 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Tom Carrico | 1406 Outer Rd. Oelwein, IA 50662 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| CJ Lensing | 310 Main St. West Maynard, IA 50655 | Director | None |

Debtor    **Oelwein Community Healthcare Foundation**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amy McDonough | 1408 Outer Rd.<br>Oelwein, IA 50662 | Director | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Lynda Paine | 512 2nd St. SW<br>Oelwein, IA 50662 | Treasurer | March - August 2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Katy Solsma | 703 5th St. SE<br>Oelwein, IA 50662 | Former Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Susan Woods | 615 7th St. SE<br>Oelwein, IA 50662 | Former Director | Left mid-year 2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jan Woods Kelly | 911 E Charles St.<br>Oelwein, IA 50662 | Former Director | Left mid-year 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Dr. Brennan | $21,250.00 | 01/31/2019 | Buyout payment. |
| | Relationship to debtor<br>Employee | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Oelwein Community Healthcare Foundation**                    Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2019**

**/s/ W. Wayne Saur**                                      **W. Wayne Saur**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Iowa

In re    **Oelwein Community Healthcare Foundation** _____    Case No. _____
Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 10, 2019** _____    Signature    **/s/ W. Wayne Saur** _____

**W. Wayne Saur**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Abbott
P.O. Box 92679
Chicago, IL 60675-2679


Abbott Laboratories Inc.
D-943, CP1-4
100 Abbott Park Road
North Chicago, IL 60064-6095


Abigail A. Roete
4473 Outer Road
Oelwein, IA 50662


Ace Hardware
20 North Frederick
Oelwein, IA 50662


Airgas USA, LLC
407 Performance Dr.
Cedar Falls, IA 50613


Alexa D. Blomme
1934 Rainbow Dr
Cedar Falls, IA 50613


Alliant Energy
PO Box 3060
Cedar Rapids, IA 52406-3060


Allison M. Bahlman
35 7th Ave SE
Oelwein, IA 50662


Amanda J. Gelhausen
801 5th St SE
Oelwein, IA 50662

American Proficiency Institute
Dept. 9526
PO Box 30516
Lansing, MI 48909-8016


Anne E. Jergens
502 Amy Ave
Fairbank, IA 50629


athenahealth, Inc.
311 Arsenal St.
Watertown, MA 02472


Baker Enterprises, Inc.
2203 E Bremer Ave.
PO Box 277
Waverly, IA 50677


Bio-RAD Laboratories, Inc.
PO Box 849740
Los Angeles, CA 90084-9740


Boomerang Corp.
12536 Buffalo Rd
Anamosa, IA 52205


Bradley & Riley PC
2007 1st Ave SE
PO Box 2804
Cedar Rapids, IA 52406-2804


Brown's Medical Imaging
14315 C Circle
Omaha, NE 68144-3392


Buchanan County Health Center
Attn: Steve Slessor, CEO
1600 1st St. E
Independence, IA 50644

Canon Financial Services, Inc.
14904 Collections Ctr Dr.
Chicago, IL 60693


Canon Medical Finance USA
1000 Howard Blvd., Ste 103
Mount Laurel, NJ 08054


Canon Medical Finance USA
158 Gaither Dr., Ste 200
Mount Laurel, NJ 08054


Canon Medical Systems USA, Inc.
Service Contracts Administration
Attn: Diane Rios
2441 Michelle Drive
Tustin, CA 92780


Caroline Giddings
General Counsel
Mercy Medical Center
701 10th St. SE
Cedar Rapids, IA 52403


Cedar Valley Medical Specialists, P.C.
4150 Kimball Ave.
Waterloo, IA 50704


CenturyLink
PO Box 2956
Phoenix, AZ 85062-2956


Cepheid
904 Caribbean Dr.
Sunnyvale, CA 94089

Christopher O'Donohoe
Elwood, O'Donohoe, Braun & White
101 North Locust Ave.
PO Box 310
New Hampton, IA 50659


City Laundering
PO Box 622
Oelwein, IA 50662


City of Oelwein
20 2nd Ave SW
Oelwein, IA 50662


Clay F. Hallberg
908 7th Ave NE
Oelwein, IA 50662


CompuGroup Medical
10715 Red Run Blvd, Suite 101
Owings Mills, MD 21117


Copy Systems Inc.
920 E. 21st St.
Des Moines, IA 50317


Credit Management, L.P.
6080 Tennyson Parkway, Ste 100
Plano, TX 75024-6002


Creditors Recovery Systems, Inc.
212 West St. Charles Road
Villa Park, IL 60181


Danielle N. Beatty
4750 90th St
Arlington, IA 50606

David Gengler
Kohner Mann & Kailas, S.C.
Washington Bldg, Barnabas Business Ctr
Milwaukee, WI 53212-1059


Donald J. Woods Trust
c/o Julia J. Woods, Trustee
17 Hillside Drive West
Oelwein, IA 50662


Eide Bailly LLP
1545 Associates Dr., Suite 101
Dubuque, IA 52002-2299


Employee Benefit Systems
Attn: COBRA Dept.
PO Box 681
Burlington, IA 52601-0681


Erin Dalziel
Risk Manager
Cedar Valley Medical Specialists, P.C.
4150 Kimball Ave.
Waterloo, IA 50704


Fayette County Treasurer
112 N Vine Street
PO Box 273
West Union, IA 52175-0273


Forman Ford
PO Box 692
Cedar Rapids, IA 52406


FreedomBank
f/k/a Farmers & Merchants Savings Bank
201 West Main St.
PO Box 9
Waukon, IA 52172

Geisler Brothers Co.
1500 Radford Rd.
Dubuque, IA 52002-2115


Henry Schein, Inc.
135 Duryea Road
Melville, NY 11747


Hubbard, Broadbent and Associates, Ltd.
5322 Davis St.
Skokie, IL 60077-1535


Image Works
701 Deming Way, Suite 201
Madison, WI 53717


ImageFirst
4870 J St. SW
Cedar Rapids, IA 52404


InstyMeds Corporation
6501 City West Pkwy
Eden Prairie, MN 55344


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319


Iowa Solutions
1045 Sherman Rd.
Hiawatha, IA 52233

Iowa Workforce Development
1000 East Grand Avenue
Des Moines, IA 50319-0209


Jamie J. Rummel
706 Collins Rd.
Fairbank, IA 50629


Jessica Loban
220 East Street
Maynard, IA 50655


Jill B. Meyer
1110 Yukon Ave
Sumner, IA 50674


Jill D. Dierks
12275 Q Ave
Maynard, IA 50655


Julia Woods
17 Hillside Dr. West
Oelwein, IA 50662


Ken's Electric, Inc.
841 1st Ave. S.E.
Oelwein, IA 50662


Kerns Company, Inc.
841 1st Ave. SE
Oelwein, IA 50662


Kimberly Eckhoff
108 8th Ave. SE
Oelwein, IA 50662

Kluesner Sanitation, LLC
1005 1st Ave NW
PO Box 335
Farley, IA 52046


KWWL Television Inc.
PO Box 1001
Quincy, IL 62306-1001


Kyla Frost
24953 170th St
Sumner, IA 50674


Larry S. Eide
Pappajohn, Shriver, Eide & Nielsen P.C.
103 East State Street
PO Box 1588
Mason City, IA 50402-1588


Larry Woods
615 7th St. SE
Oelwein, IA 50662


Lindsey M. Rechkemmer
915 1st St NE
Oelwein, IA 50662


Lisa Nafziger
1705 354TH AVE
Wever, IA 52658


Marsha Black
908 7th Ave NE
Oelwein, IA 50662


Mary Bridget C. Frank
416 N Frederick Ave
Oelwein, IA 50662

McKesson Medical-Surgical
9954 Mayland Dr, Ste 4000
Richmond, VA 23233


Mediacom
PO BOX 5744
Carol Stream, IL 60197-5744


Medshred
1000 Thomas Beck Rd.
Des Moines, IA 50315


Megan Imoehl
2630 Manor St.
Waterloo, IA 50702


Mercy Medical Center
d/b/a Mercy Hall-Perrine Cancer Center
Attn: Rita Harris, Director
701 10th St. SE
Cedar Rapids, IA 52403


Merritt Hawkins & Associates
PO Box 281943
Atlanta, GA 30384-1943


Midwest Group Benefits Inc.
PO Box 408
Decorah, IA 52101


MMIC Insurance, Inc.
7701 France Ave. S, Ste 500
Minneapolis, MN 55435


Mollie Pawlosky
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street, Ste 1600
Des Moines, IA 50309-3986

Oelwein Family Pharmacy
32 S Frederick Ave.
Oelwein, IA 50662


Oelwein Publishing
PO Box 511
Oelwein, IA 50662-0511


ONESOURCE
PO BOX 24148
Omaha, NE 68124


Paul D. Burns
Bradley & Riley PC
2007 First Ave. SE
Cedar Rapids, IA 52402


Paylocity
Attn. J.J. Zearley
3850 N. Wilke Road
Arlington Heights, IL 60004


Philadelphia Indemnity Insurance Co.
One Bala Plaza, Suite 100
PO Box 950
Bala Cynwyd, PA 19004


Philadelphia Insurance Companies, Inc.
Claims Department
PO Box 950
Bala Cynwyd, PA 19004


Professional Office Services
PO Box 450
Waterloo, IA 50704

Radiology Consultants of Iowa PLC
Attn: Accounting Dept.
1956 1st Ave. NE
Cedar Rapids, IA 52402


Ralph W. Heninger
Heninger and Heninger P.C.
10 W 2nd St., Ste 501
Davenport, IA 52801-1815


RedPharm Drug, Inc.
6501 City West Parkway
Eden Prairie, MN 55344


Rite Price Office Supply
214 S. Frederick
Oelwein, IA 50662-2041


robertson manufacturing
3020 Hickory Grove Rd.
Davenport, IA 52806-3331


Ron Van Veldhuizen
R.L. Van Veldhuizen Law Firm
19 East Charles St.
Oelwein, IA 50662


Russell Construction Co., Inc.
4600 E 53rd St.
Davenport, IA 52807


Samuel E. Jones
Shuttleworth & Ingersoll, P.L.C.
115 Third St. SE, Ste 500
PO Box 2107
Cedar Rapids, IA 52406-2107

Sarah L. Kadlec
820 W 1st St.
Sumner, IA 50674


Selina M. Berry
2387 20th Street
Lamont, IA 50650


Sensoscientific
685 Cochran St., Ste 200
Simi Valley, CA 93065


Shared Medical Services, Inc.
209 Limestone Pass
Cottage Grove, WI 53527-8968


Shianne N. Moser
416 3rd Ave. NE
Oelwein, IA 50662


Shirley Jane Saur
411 - 8th Avenue N.E.
Oelwein, IA 50662


Simmons Perrine Moyer Bergman PLC
Attn: Kathleen Kleiman
115 - 3rd St. SE, Ste 1200
Cedar Rapids, IA 52401


State Hygienic Laboratory
PO Box 310405
Des Moines, IA 50331-0405


StewartScape, Inc.
3287 R Ave.
Oelwein, IA 50662

The Coding Network, LLC
PO Box 101794
Pasadena, CA 91189-1794


The Shredder
1000 Thomas Beck Rd.
Des Moines, IA 50315


TIAA Commercial Finance, Inc.
PO Box 911608
Denver, CO 80291-1608


TIAA Commerical Finance, Inc.
10 Waterview Blvd., 2nd Fl.
Parsippany, NJ 07054


Tim L. Charles, President & CEO
Mercy Medical Center
701 10th St. SE
Cedar Rapids, IA 52403


Todd Locher
Locher & Davis PLC
PO Box 7
Farley, IA 52046


Townsquare Media, Inc.
501 Sycamore St., Ste 300
Waterloo, IA 50703


Travelers
PO Box 650293
Dallas, TX 75265-0293


United Healthcare Insurance Company
PO Box 10176
Atlanta, GA 30392-1760

US Attorney (IRS)
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401


Veridian Credit Union
Commercial Lending
1827 Ansborough Avenue
PO Box 6000
Waterloo, IA 50704-6000


Veridian Credit Union
Attn: Lynn Gilbertson
1827 Ansborough Ave.
Waterloo, IA 50701


VOICEPRODUCTS
8555 East 32nd St. North
Wichita, KS 67226


WAPITI MEDICAL GROUP, LC
6112 Chancellor Dr.
Cedar Falls, IA 50613


Weland Clinical Laboratories, PC
1911 First Ave. SE
PO Box 1924
Cedar Rapids, IA 52406-1924


Wellmark BlueCross BlueShield
PO Box 14456
Des Moines, IA 50306


Wesley B. Huisinga
Shuttleworth & Ingersoll, PLC
115 3rd St. SE, Ste 500
Cedar Rapids, IA 52401

# United States Bankruptcy Court
## Northern District of Iowa

In re    **Oelwein Community Healthcare Foundation**                                Case No.

                                                         Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **December 10, 2019**                              **/s/ W. Wayne Saur**

                                                             **W. Wayne Saur/President**
                                                             Signer/Title

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Iowa

In re  **Oelwein Community Healthcare Foundation**                                    Case No. _____
                                                          Debtor(s)              Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................    $            **53,524.13**

     Prior to the filing of this statement I have received .............................    $            **53,524.13**

     Balance Due ................................................................................    $                 **0.00**

2.   $__**0.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor       ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor       ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Debtor's counsel has received $53,524.13 of which $1,717.00 was earmarked for the Chapter 11 Filing Fee,
          $50,188.55 was used for services and costs, some of which were not directly related to the bankruptcy filing but
          were ancillary to it.  There remains a balance of $1,618.58 in the trust account.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Total compensation will be determined pursuant to application and notice as is required by the bankruptcy rules.**

---

### CERTIFICATION

       I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

 **December 10, 2019**                                          **/s/ Ronald C. Martin**
 *Date*                                                        **Ronald C. Martin AT0005050**
                                                               *Signature of Attorney*
                                                               **Day Rettig Martin, P.C.**
                                                               **PO Box 2877**
                                                               **Cedar Rapids, IA 52406-2877**
                                                               **(319) 365-0437   Fax: (319) 365-5866**
                                                               **ronm@drpjlaw.com**
                                                               *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Iowa

In re   **Oelwein Community Healthcare Foundation**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Oelwein Community Healthcare Foundation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 10, 2019

Date

/s/ Ronald C. Martin

**Ronald C. Martin AT0005050**

Signature of Attorney or Litigant

Counsel for   **Oelwein Community Healthcare Foundation**

**Day Rettig Martin, P.C.**
**PO Box 2877**
**Cedar Rapids, IA 52406-2877**
**(319) 365-0437 Fax:(319) 365-5866**
**ronm@drpjlaw.com**